No. 617. H. V. MERCER ET AL., TRUSTEES, ETC., APPELLANTS, *v.* MONITOR DRILL COMPANY. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. February 23, 1909. Dismissed per stipulation. *Mr. M. H. Boutelle* for appellants.